UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 18-6035 DMG (SKx) | Date | July 23, 2018 |
|---|---|---|---|
| Title | *Pro-Com Products, Inc. v. King's Express LA, Inc., et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER RE PLAINTIFF'S MOTION TO REMAND [10]**

On June 25, 2018, Plaintiff filed suit against Defendants in Los Angeles County Superior Court. [*See* Doc. # 1 at 5.] On July 11, 2018, Defendants removed the action to this Court on the basis of federal question subject matter jurisdiction under 49 U.S.C. section 14706(a) and *White v. Mayflower Transit, LLC*, 543 F.3d 581 (9th Cir. 2008). [Doc. # 1.]

On July 19, 2018, Plaintiff filed the instant Motion to Remand and to Stay Pending Remand. [Doc. # 10.] Plaintiff set the hearing for August 10, 2018 at 9:30 a.m. *Id.*

Under this District's Local Rules, oral motions must be filed at least 28 or 31 days in advance of the noticed hearing date, depending on the form of service. *See* C.D. Cal. L.R. 6-1. The August 10, 2018 hearing date violates this Local Rule.

Due to Plaintiff's failure to comply with the Local Rules, the Court **DENIES without prejudice** Plaintiff's motion. Plaintiff may refile and serve upon Defendants a rules-compliant motion within 14 days of this Order.

**IT IS SO ORDERED.**