**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PRO-COM PRODUCTS, INC. a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> KING'S EXPRESS LA, INC., a California Corporation; INFINITY LOGISTICS, INC., a suspended California Corporation, d/b/a King's Express, Inc.; KING'S EXPRESS, INC., a Minnesota corporation; KING'S EXPRESS, INC., an unknown business entity; DENNIS MCCORMICK, an Individual; and JOHN VINCENT TARWATER, an Individual, <br><br> Defendants. | Case No.: CV 18-6035-DMG (SKx) <br><br> **FINAL JUDGMENT [122]** |

By Order filed on February 13, 2020, the Court previously found that Plaintiff Pro-Com Products, Inc. is entitled to summary judgment as a matter of law against Defendant King's Express, Inc., a Minnesota corporation, on Counts 1 through 14 and 18 of the First Amended Complaint. [Doc. # 121.] Furthermore, the Court found that Plaintiff Pro-Com Products, Inc. is entitled to default judgment as a matter

**1**
**FINAL JUDGMENT**

of law against Defendant Infinity Logistics, Inc., a California corporation, on Counts 1 through 14 and 18 of the First Amended Complaint. *Id*.

On February 28, 2020, the parties filed a joint stipulation dismissing all remaining counts of the First Amended Complaint, i.e., Counts 15, 16, 17, and 19. [Doc. # 126.]

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

(1) Plaintiff, Pro-Com Products, Inc., shall have judgment against Defendants, King's Express, Inc., a Minnesota corporation, and Infinity Logistics, a California corporation, jointly and severally, in the amount of $1,209,456.10;

(2) Plaintiff, Pro-Com Products, Inc., shall recover from Defendants, King's Express, Inc., a Minnesota corporation, and Infinity Logistics, a California corporation, jointly and severally, prejudgment interest on that amount at the rate of 1.43% per annum from December 31, 2017 to February 21, 2020, inclusive, amounting to $37,365.78, for a judgment in the total amount of $1,246,821.88;

(3) Plaintiff, Pro-Com Products, Inc., shall recover from Defendants, King's Express, Inc., a Minnesota corporation, and Infinity Logistics, a California corporation, jointly and severally, postjudgment interest on the judgment at the rate of 1.48% per annum from February 21, 2020 until paid;

(4) The above-captioned action is dismissed with prejudice, with each side to bear their own costs (except as to any fees and costs that may be contractually imposed if it is necessary to enforce the parties' settlement agreement); and

(5) The Court reserves jurisdiction over disputes arising from the parties' settlement agreement.

DATED: February 28, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE